NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MELVINO TECHNOLOGIES LIMITED,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

AND

**TRANSWORKS, INC.,**
*Appellee.*

---

2011-1161
(Reexamination No. 95/000,368)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**ON MOTION**

---

**O R D E R**

Melvino Technologies Limited moves for a 30-day extension of time, until August 10, 2011, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 1 9 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Scott A. Horstemeyer, Esq.
Raymond T. Chen, Esq.
Thomas J. Scott, Jr., Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 9 2011

JAN HORBALY
CLERK